CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 SEP 27 PM 3: 06

DEPUTY CLERK _AC_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RICHARD TREVINO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:07-CV-0177 |
| | § | |
| MICHAEL J. ASTRUE, Commissioner, | § | |
| Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Social Security Administration denying plaintiff disability

benefits. The United States Magistrate Judge entered a Report and Recommendation on September 9,

2010, recommending therein that the decision of the Commissioner be affirmed. No objections have been

filed of record as of this date.

The undersigned has made an independent examination of the record in this case. The Report and

Recommendation is hereby ADOPTED, and the administrative decision of the Commissioner is

AFFIRMED.

IT IS SO ORDERED.

ENTERED this __27__ day of __September__ 2010.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE